

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Daniella E. Adler
212.471.4470 direct
212.583.9600 main
212.898.1201 fax
dadler@littler.com

March 16, 2021

**VIA ECF**

Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>Sanchez v. Seeking Alpha Inc.,</u>  **21-CV-01647 (GBD)**

Dear Judge Daniels:

This firm represents Defendant Seeking Alpha Inc. in the above referenced action.  Defendant respectfully requests that their deadline to respond to Plaintiff's Complaint be extended from March 26, 2021 to April 30, 2021.  This firm was recently retained by Defendant and seeks additional time to investigate the allegations in the Complaint. This request will not affect any future deadlines. This is Defendant's first request for an extension of time, and Plaintiff's counsel consents to this request.

Respectfully submitted,

*/s/ Daniella Adler*

Daniella Adler


cc:     All Counsel (via ECF)



**SO ORDERED:**

_____

Hon. George B. Daniels